**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Anita Praisler** | ) | **CASE NO. 06-CV-52** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| **Vs.** | ) | |
| | ) | |
| **Ryder Integrated Logistics, Inc., and** | ) | **Order of Remand** |
| **Thomas Horton** | ) | |
| **Defendants.** | ) | |

This Court, having issued its Memorandum of Opinion and Order GRANTING Plaintiff Anita Praisler's Motion to Remand (Doc. 3), hereby REMANDS this case to the Medina County Court of Common Pleas.

IT IS SO ORDERED.

      /s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Dated: 2/27/06

1